04-10302-RCL

AO 120 (Rev. 2/99)

| TO: | Commissioner of Patents and Trademarks<br>Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Massachusetts__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>04-10302-RCL | DATE FILED<br>02/12/04 | U.S. DISTRICT COURT<br>District of Massachusetts |
|---|---|---|
| PLAINTIFF<br>Gucci America, Inc. | | DEFENDANT<br>Mammoth(USA), Inc.; Jenny Chang, Chih Bin Sheen, Citymoda.com and Madamechic.com |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  867,292 | 09/09/69 | Gucci America, Inc. |
| 2  2,042,805 | 03/11/97 | Gucci America, Inc. |
| 3  1,107,311 | 11/28/78 | Gucci America, Inc. |
| 4  1,168,477 | 09/08/81 | Gucci America, Inc. |
| 5  1,236,415 | 05/03/83 | Gucci America, Inc. |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy