AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

GUCCI AMERICA, INC.

SUMMONS IN A CIVIL CASE

V.

MAMMOTH (USA), INC., JENNY CHANG
CHIH BIN SHEEN, CITYMODA.COM AND
MADAMECHIC.COM

CASE NUMBER:
**04-10302 RCL**

TO: (Name and address of Defendant)

Chih Bin Sheen
318 San Marco St., #5
San Gabriel, CA 91776

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  February 13, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-21-4 |
| NAME OF SERVER *(PRINT)*  JAMES BAIRD | TITLE  Process server |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served: 318 San Marcos St. #5, San Gabriel, Ca. 91776

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $44.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-22-4
             *Date*

*Signature of Server*

P.O. BOX 811700
LOS ANGELES, CA. 90081

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.