**Sino-American Bookkeeping & Tax Service**
4046 Temple City Blvd.      Rosemead CA 91770
Tel (626) 279-2848   Fax (626) 279-2849   e-mail: SABATS8809@AOL.com

February 26, 2004

United States District Court
Boston, Massachusetts

Case No. 04-10302RCL, Summons in a Civil Case

RE:   Chih-Bin Sheen
      CA Drivers License Number A8745022
      SSN   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   Tel 626-272-3919
      2312A Falling Leaf Ave
      Rosemead CA 91770


Dear Mr. Schonfeld:

My involvement with MAMMOTH (USA), Inc. is that of incorporator. Your subpoena indicates MAMMOTH (USA), Inc. to be involved in a trademark violation.

I have had no further contact with MAMMOTH (USA), Inc. since incorporating him. Please delete my name from this case. I am neither an owner nor an officer of the corporation. The owner is Chih Bin Sheen. The only information I have on him is provided above.

Please find attached copies of the records I have. Thank you.

*[signature]*
Jenny C. Chang
Sino-American Bookkeeping & Tax Service

cc:   Mark Schonfeld
      Burns & Levinson, LLP
      125 Summer Street
      Boston, MA 02110

      Chih Bin Sheen
      Fax(909) 589-6633

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

GUCCI AMERICA, INC.

V.

MAMMOTH (USA), INC., JENNY CHANG
CHIH BIN SHEEN, CITYMODA.COM AND
MADAMECHIC.COM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 - 1 0 3 0 2 RCL**

TO: (Name and address of Defendant)

Jenny Chang
c/o Mammoth (USA), Inc.
4046 Temple City Boulevard
Rosemead, CA 91770

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE February 13, 2004

**2447272**

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

## ARTICLES OF INCORPORATION

**SEP 1 6 2002**

BILL JONES, Secretary of State

ONE:   The name of this Corporation is:

### MAMMOTH (U.S.A.), INC.

TWO:   The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THREE:   The name and address in this state of the Corporation's initial agent for Service of Process is:

JENNY C. CHANG
4046 TEMPLE CITY BLVD.
ROSEMEAD, CA 91770

FOUR:   The total number of shares which the Corporation is authorized to issue is 1,000,000.

DATE:   September 16, 2002

JENNY C. CHANG, INCORPORATOR

I declare that I am the person who executed the above Articles of Incorporation and such instrument is may act and deed.

JENNY C. CHANG, INCORPORATOR