UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC., )
 )
      Plaintiff, )
 )
 ) Case No.: 04-10302RCL
v. )
 )
MAMMOTH (USA), INC., JENNY CHANG, )
CHIH BIN SHEEN, CITYMODA.COM AND )
MADAMECHIC.COM )
 )
      Defendants. )

### NOTICE OF DISMISSAL AS TO DEFENDANTS JENNY CHANG AND MADAMECHIC.COM ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Gucci America, Inc., hereby dismisses this action as to defendants Jenny Chang and Madamechic.com only.

GUCCI AMERICA, INC.

By its Attorneys,

BURNS & LEVINSON LLP

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: May 25, 2004

00843531.DOC