UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

    Plaintiff,

v.

MAMMOTH (USA), INC., CHIH BIN SHEEN, and
CITYMODA.COM

    Defendants.

Case No.:04-10302-RCL

## FINAL CONSENT JUDGMENT AGAINST DEFENDANTS

Upon the Complaint and all papers and proceedings had herein, and upon the annexed Consent, it is hereby

ORDERED that defendants Mammoth (USA), Inc., Chih Bin Sheen and Citymoda.com, and all of their officers, agents, servants and employees and all those in active concert or participation with them, be and hereby are permanently enjoined and restrained from:

    A.    Using any reproduction, counterfeit, copy or colorable imitation of the Gucci Trademarks to identify any goods or the rendering of any services not authorized by Plaintiff;

    B.    Engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Plaintiff's business reputation or dilute the distinctive quality of Plaintiff's name and Plaintiff's Gucci Trademarks;

    C.    Using a false description or representation including words or other symbols tending to falsely describe or represent Defendants' unauthorized goods as being

those of Plaintiff or sponsored by or associated with Plaintiff and from offering such goods into commerce;

D. Infringing Plaintiff's trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's Gucci Trademarks;

E. Using any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored or approved by, or connected with Plaintiff;

F. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public; or individual members thereof, to believe that any products manufactured, distributed, sold or marketed by defendants are in any manner associated or connected with Plaintiff, or are sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

G. Causing an infringement of any of Plaintiff's Gucci Trademarks or of Plaintiff's rights in, or to use or to exploit, said Trademarks, or causing any dilution of Plaintiff's name, reputation or goodwill;

FURTHER ORDERED, that defendants have consented to the jurisdiction of this Court and that this Court shall have continuing jurisdiction with regard to the terms of this Final Consent Judgment; and it is

FURTHER ORDERED, that in the event of a default or breach of any provision of this Final Consent Judgment by defendants, Plaintiff shall be entitled to all costs and expenses arising out of said default or breach, including reasonable attorney's fees, paid or incurred by Plaintiff in enforcing and obtaining defendants' performance of the terms of this Final Consent Judgment, in addition to any fees, damages or injunctive relief awarded by the Court.

Dated: _____, 2004
Boston, Massachusetts

_____
Reginald C. Lindsay
United States District Judge

Upon Consent of:

GUCCI AMERICA, INC.
By its Attorneys,

_____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

_____
Chih Bin Sheen

MAMMOTH (USA), INC.

By: _____
Chih Bin Sheen, President

CITYMODA.COM

By: _____
Chih Bin Sheen

I, Chih Bin Sheen, hereby state that I have consulted with my counsel, C. Stephanie Chen, Esq., 17870 Castleton Street, City of Industry, California and that I have signed this Final Consent Judgment after consultation with said attorney.

_____
Chih Bin Sheen

00834416/25495.7